UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                               :

C.A. and J.V., individually and on behalf of their child,   :
A.V.,                                                :
                                               :
                       Plaintiffs,         :               25-CV-2852 (JMF)
                                                 :

              -v-                          :               <u>ORDER</u>
                                                 :

NEW YORK CITY DEPARTMNET OF EDUCATION,   :
                                               :
                      Defendant.       :
                                               :
-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       This case alleges claims under the Individuals with Disabilities Education Act, Title 20, United States Code, Section 1410 *et seq*.  The parties are hereby ORDERED to submit a joint letter, no later than **two weeks from the date of this Order** and not to exceed two pages, including the following information in separately numbered paragraphs:

(1) whether there is any need for discovery or an initial conference in this case;

(2) if there is no need for discovery or an initial conference, a proposed briefing schedule for any motions, including motions for summary judgment; and

(3) whether there is anything the Court can do to facilitate settlement (such as referring the matter for a settlement conference before a Magistrate Judge or to the District's Mediation Program).

       In accordance with the Court's Individual Rules and Practices, requests for an extension or adjournment may be made only by letter-motion filed on ECF and must be received at least 48 hours before the deadline or conference.  The written submission must state (1) the original date(s); (2) the number of previous requests for adjournment or extension; (3) whether these previous requests were granted or denied; and (4) whether the adversary consents and, if not, the reasons given by the adversary for refusing to consent.

**Within two days of the date of this Order**, Plaintiffs shall serve the Order electronically

on counsel for Defendant and file proof of such service on ECF.

SO ORDERED.

Dated: April 9, 2025
       New York, New York

_____
JESSE M. FURMAN
United States District Judge